IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mayberry Jr, Paul A | Case Number: 07 B 22770 |
| | Judge: Squires, John H |
| Printed: 5/27/08 | Filed: 12/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | CSX Chicago Terminal Credit Union | Secured | 9,493.57 | 0.00 |
| 3. | M&T Mortgage Corp | Secured | 10,665.00 | 0.00 |
| 4. | CSX Chicago Terminal Credit Union | Unsecured | 1,594.61 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 452.50 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 287.67 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 178.28 | 0.00 |
| 8. | Safety & Financial Resp. Sect. | Priority | | No Claim Filed |
| 9. | CSX Chicago Terminal Credit Union | Unsecured | | No Claim Filed |
| 10. | Household Bank FSB | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | US Cellular | Unsecured | | No Claim Filed |
| 13. | Village of Robbins | Unsecured | | No Claim Filed |
| 14. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 15. | Village of Robbins | Unsecured | | No Claim Filed |
| 16. | Village of Robbins | Unsecured | | No Claim Filed |
| 17. | MCI Residential | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,671.63 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mayberry Jr, Paul A

Printed:  5/27/08

Case Number:  07 B 22770

Judge:  Squires, John H

Filed:  12/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____